UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| TIMEPAYMENT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 9:25-cv-80386-RLR |
| ) | |
| ADVANCED GLOBAL GROUP LLC, ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), TimePayment Corp. hereby provides notice of its voluntarily dismissal, without prejudice, of this action. TimePayment advises the Court that, to date, neither an answer nor a motion for summary judgment has been filed in this action.

Dated: April 29, 2025

Respectfully submitted,

TIMEPAYMENT CORP.

By Counsel

*/s/ Joelle C. Sharman*
Joelle C. Sharman (FL Bar. No. 45070)
O'HAGAN MEYER
3500 Lenox Road, Suite 1500
Atlanta, Georgia 30326
Telephone: (770) 891-0213
Email: *JSharman@ohaganmeyer.com*

*Counsel for TimePayment Corp.*