**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-80386-ROSENBERG**

TIMEPAYMENT CORP.,

     Plaintiff,

v.

ADVANCED GLOBAL
GROUP LLC, et al.,

     Defendants.

_____/

**ORDER CLOSING CASE**

This cause is before the Court on the Plaintiff's Notice of Dismissal at docket entry 24.  In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 1st day of May, 2025.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record